**Order entered May 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00036-CV

## MARTIN E. McGONAGLE, M.D. AND MARY E. McGONAGLE, Appellants

### V.

## STEWART TITLE GUARANTY COMPANY AND STEWART TITLE COMPANY D/B/A CENTRAL TEXAS TITLE, Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. Dc-11-06872**

## ORDER

Appellants' unopposed motion for extension of time to file a motion for rehearing filed May 15, 2014 is hereby **GRANTED**. Appellants' motion for rehearing, if any, is now due to be filed on or before May 26, 2014.


/s/     DAVID EVANS
        JUSTICE